UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-37041 |
| | § | |
| MARK THUESEN | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | CONTESTED MATTER |

## DECLARATION OF DEBTOR MARK L. THUESEN

I, Mark L. Thuesen, submit this declaration in support of *Debtor's Objection to and Reconsideration of the Allowance of Claim No. 9 of Amerisure Insurance Company and Rule 9011 Sanctions* (the "Motion").

1. "My name is Mark L. Thuesen. I am a debtor in this case. I am over the age of eighteen and am fully competent to testify to the matters stated in this declaration. This declaration is based upon my personal knowledge. The statements herein are true and correct.

2. A true and correct copy of Amerisure Insurance Company's Proof of Claim dated March 18, 2014 ("Claim"), is attached to the Motion as Exhibit A and is incorporated herein by reference for all purposes.

3. I have reviewed the Claim filed in this case by Amerisure Insurance Company, ("Claimant"). My personal records do not reflect that I owe any money to Claimant. I have never entered into any written agreement with Claimant. I have not signed any document with Claimant. I have never entered into any agreement, or credit card agreement with Claimant. Claimant has not contacted me in any way, during the period preceding the petition date to investigate the validity of his Claim.

4. After reviewing the Claim, I cannot determine when the alleged charges or damages were incurred or if the charges or damages were made by me or some other person to whom I am not

Page 1

Exhibit B

related.

5. I have made no payments or charges on the alleged Claim during the five year period preceding the petition date. I have not made an unequivocal acknowledgment of the justness of the existence of the alleged Claim, orally or in writing, during the five year period preceding the petition date. I have not signed any acknowledgment of the justness or the existence of the alleged Claim during the five year period preceding the petition date. I have not referred to the Claim, orally or in writing, and expressed a willingness to honor the Claim during the five year period preceding the petition date. Claimant has not filed suit against me in the five year period preceding the day after the day the alleged cause of action accrued. Claimant has never filed suit against me before or after the petition date nor made any counterclaim against me.

6. Claimant has needlessly increased the cost of my bankruptcy litigation, causing me additional expenses, attorney's fees, mental anguish and emotional distress.

7. The undersigned hereby makes this unsworn declaration pursuant to 28 U.S.C. § 1746 that the undersigned is capable of making this declaration under no legal disability, is in all ways qualified to make this declaration, has personal knowledge of the facts stated herein and declares, certifies, verifies, and states under penalty of perjury, that the above is true and correct."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 11th day of November 2014 in Houston, Harris County, Texas

*/s/ Mark Thuesen*
Mark Thuesen, *Pro se*
P.O. Box 540365
Houston, Texas 77254
Telephone: (585) 300-5793
Email: xtraderweb@hotmail.com

Page 2

Exhibit B