

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Mark Thuesen

**Debtor(s)**

Case No.: 13–37041
Chapter: 13

ENTERED
04/04/2019

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 4/4/19

_____
Jeffrey P. Norman
United States Bankruptcy Judge